IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 121

| | |
|---|---|
| WILLIAM R. SCHERER and, ANNE SCHERER, )<br>)<br>Plaintiffs )<br>)<br>V )<br>)<br>STEEL CREEK PROPERTY OWNERS )<br>ASSOCIATION, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on James Kimzey's Application for Admission to Practice *Pro Hac Vice* of Albert L. Frevola. It appearing that Albert L. Frevola is a member in good standing with the Florida State Bar and will be appearing with James Kimzey, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

 **IT IS, THEREFORE, ORDERED** that James Kimzey's Application for Admission to Practice *Pro Hac Vice* (#3) of Albert L. Frevola is **GRANTED**, and

that Albert L. Frevola is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with James Kimzey.

Signed: May 13, 2013

Dennis L. Howell
United States Magistrate Judge