# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:13cv121

| | | |
|---|---|---|
| WILLIAM R. SCHERER and ANNE SCHERER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| STEEL CREEK PROPERTY OWNERS ASSOCIATION, PAUL IOOSS AND STEPHEN IOOSS, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Pending before the Court are the Motions for Extension of Time [# 43, # 44, & # 47].  For good cause shown, the Court **GRANTS** the motions  [# 43, # 44, & # 47].  Defendant Steel Creek Property Owners Association shall have until August 22, 2013, to file its reply in further support of its Motion to Dismiss and Motion to Strike.  Defendant Steven Iooss shall have until August 16, 2013, to file his reply in further support of his Motion to Dismiss and Motion to Strike.  Defendant Stephen Iooss shall have until August 16, 2013, to file his reply in further support of his Motion to Dismiss and Motion to Strike.

Signed: August 15, 2013

Dennis L. Howell
United States Magistrate Judge