IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-121

| | | |
|---|---|---|
| WILLIAM R. SCHERER and ANNE SCHERER, | ) ) ) | |
| Plaintiffs | ) ) | ORDER |
| vs | ) ) ) | |
| STEEL CREEK PROPERTY OWNERS ASSOCIATION, and PAUL IOOSS, and STEPHEN IOOSS, | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** has come on before the undersigned upon a Consent Motion to Modify Pretrial Order and Case Management Plan (#71) filed by the parties. In the motion, the parties requests various modification to the Pretrial Order and Case Management Plan (#62) filed on June 23, 2014. The The undersigned has consulted with the District Court and as a result of such consultation, and for good cause shown in the motion, will allow the motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Consent Motion to Modify Pretrial Order and Case Management Plan (#71) is **ALLOWED** and the parties shall be allowed up to and including **May 1, 2015** to complete

discovery, **April 1, 2015** to complete mediation, and **May 15, 2015** to file dispositive motions. The scheduling of the trial in this matter will remain on the calendar for the **August 31, 2015** session.

Signed: February 4, 2015

Dennis L. Howell
United States Magistrate Judge