# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13 CV 121

| | |
|---|---|
| WILLIAM R. SCHERER and ANNE SCHERER, | ) ) ) |
| Plaintiffs | ) ) |
| V | )     **ORDER** ) |
| STEEL CREEK PROPERTY OWNERS ASSOCIATION, and PAUL IOOSS, | ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on James M. Kimzey's Application for Admission to Practice *Pro Hac Vice* of Ivan J. Kopas. It appearing that Ivan J. Kopas is a member in good standing with the Florida State Bar and will be appearing with James M. Kimzey, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that James M. Kimzey's Application for Admission to Practice *Pro Hac Vice* (#83) of Ivan J. Kopas is **GRANTED**,

and that Ivan J. Kopas is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with James M. Kimzey.

Signed: April 8, 2015

Dennis L. Howell
United States Magistrate Judge