# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:13cv121

| | | |
|---|---|---|
| **WILLIAM R. SCHERER and ANNE SCHERER,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **STEEL CREEK PROPERTY OWNERS ASSOCIATION, PAUL IOOSS AND STEPHEN IOOSS,** | ) ) ) ) | |
| **Defendants.** | ) ) ) | |
| _____ | ) | |

Upon a review of the record and the motion, the Court **DENIES** the Motion

to Limit Briefing [# 97].

Signed: April 14, 2015

_____

Dennis L. Howell
United States Magistrate Judge

-1-