IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv121

| | | |
|---|---|---|
| WILLIAM R. SCHERER and ANNE SCHERER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| STEEL CREEK PROPERTY OWNERS ASSOCIATION, PAUL IOOSS AND STEPHEN IOOSS, | ) ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court are the Motion to Quash [# 91] and Amended Motion to Quash [# 93]. Having ruled on the Defendants' Motions to Amend, and after a review of the record, the Court **DENIES** the motions [# 91 & # 93]. Robert Dungan shall appear at the previously scheduled deposition and testify. Consistent with this Court's prior Orders, Mr. Dungan shall testify as to any relevant non-privileged matter as well as any matter to which Defendants have waived the attorney client privilege by asserting advice of counsel as a defense.

Signed: April 15, 2015

Dennis L. Howell
United States Magistrate Judge