IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv121

| | |
|---|---|
| WILLIAM R. SCHERER and ANNE SCHERER, ) ) ) Plaintiffs, ) ) v. ) ) STEEL CREEK PROPERTY OWNERS ) ASSOCIATION, PAUL IOOSS AND ) STEPHEN IOOSS, ) ) Defendants. ) | ORDER |

Pending before the Court is the Motion to Compel [# 96]. Having denied the Motions to Quash filed by Robert Dungan and directed him to appear at the previously scheduled deposition, the Court **DENIES as moot** the motion [# 96].

Signed: April 15, 2015

Dennis L. Howell
United States Magistrate Judge

-1-