# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cv121

| | | |
|---|---|---|
| WILLIAM R. SCHERER and ANNE SCHERER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| STEEL CREEK PROPERTY OWNERS ASSOCIATION, PAUL IOOSS AND STEPHEN IOOSS, | ) ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the Motion to Quash [# 100]. Upon a review of the record, the parties' briefs, and the relevant legal authority, including Rule 45 of the Federal Rules of Civil Procedure, the Court **DENIES** the motion [# 100].

_____
Dennis L. Howell
United States Magistrate Judge