# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:13cv121

| | |
|---|---|
| WILLIAM R. SCHERER and ANNE SCHERER, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | ORDER |
| STEEL CREEK PROPERTY OWNERS ASSOCIATION, PAUL IOOSS AND STEPHEN IOOSS, ) ) ) ) | |
| Defendants. ) ) | |

The Court **DIRECTS** the parties and counsel for the witness, Robert Dungan to appear for a discovery hearing on Tuesday, April 28, 2015, at 10:30 a.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. At the hearing the Court will address any outstanding discovery motions or issues.

Signed: April 24, 2015

Dennis L. Howell
United States Magistrate Judge