# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:13-cv-121-MR-DLH

| | | |
|---|---|---|
| WILLIAM R. SCHERER and ANNE SCHERER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| STEEL CREEK PROPERTY OWNERS ASSOCIATION, PAUL IOOSS, and STEPHEN IOOSS, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the joint motion [Doc. 135] of Defendant Steel Creek Property Owners Association, Defendant Paul Iooss, and witness Robert Dungan, to stay the Magistrate Judge's Order granting in part and denying in part Plaintiff's Motion to compel. [Doc. 131].

**IT IS HEREBY ORDERED** that the parties and witness Robert Dungan appear at 9:00 a.m. on Thursday, April 30, 2015, before the undersigned in Asheville, North Carolina, court room number 1, to be heard on this matter.

**IT IS SO ORDERED.**

Signed: April 29, 2015

Martin Reidinger
United States District Judge