# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:13cv121

| | |
|---|---|
| WILLIAM R. SCHERER and ANNE SCHERER, ) ) ) Plaintiffs, ) ) v. ) ) STEEL CREEK PROPERTY OWNERS ) ASSOCIATION and PAUL IOOSS ) ) ) Defendants. ) _____ ) | ORDER |

Pending before the Court is the Motion to Compel [# 142]. Discovery in this case has closed and it does not appear that Plaintiffs filed a respond to the motion. Accordingly, the Court **DIRECTS** the parties to jointly indicate in writing by June 5, 2015, whether a ruling on the Motion to Compel [# 142] is required by the Court.

Dennis L. Howell
United States Magistrate Judge

-1-