# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| WILLIAM R. SCHERER and ANNE SCHERER, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 1:13-cv-00121-MR-DLH |
| vs. | ) ) | |
| STEEL CREEK PROPERTY OWNERS ASSOCIATION, PAUL IOOSS, and STEPHEN IOOSS, Defendant(s). | ) ) ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2016 Order.

March 30, 2016

*[signature]*

Frank G. Johns, Clerk
United States District Court